**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2423**

MICHAEL D. WEBB, a/k/a Major Mike Webb, d/b/a Friends for Webb, d/b/a Major Mike Webb for U.S. Congress (VA8), d/b/a Angels of Liberty,

Plaintiff - Appellant,

v.

DONALD BEYER, JR., in his official and individual capacities; MARK SCHWARTZ, in his official and individual capacities; COUNTY OF ARLINGTON; PATRICK MURPHY, in his official and individual capacities; ARLINGTON PUBLIC SCHOOL BOARD; MARK B. JINKS, in his official and individual capacities; CITY OF ALEXANDRIA; MICHAEL L. BROWN, in his official and individual capacities; ALEXANDRIA POLICE DEPARTMENT; LINDA ERDOS, in her official and individual capacities; REID GOLDSTEIN, in his official and individual capacities; MONIQUE O'GRADY, in her official and individual capacities; WILLIAM NEWMAN, in his official and individual capacities; NOLAN DAWKINS, in his official and individual capacities; COUNTY OF ARLINGTON; MARK ROBBINS, in his individual and official capacities as Acting Chair for the Merit Systems Protections Board (MSPB); MSPB; MURRAY "JAY" FARR, in his official and individual capacities; ARLINGTON COUNTY POLICE DEPARTMENT; BRYAN PORTER; THE COMMONWEALTH ATTORNEY'S OFFICE FOR THE CITY OF ALEXANDRIA; THEO STAMOS, in his official and individual capacities; THE COMMONWEALTH ATTORNEY'S OFFICE FOR THE COUNTY OF ARLINGTON; LOWELL FELD, in his official and individual capacities; BLUE VIRGINIA; REES BROOME, P.C.; BLANKENSHIP & KEITH P.C.; JOSEPH WALTERS; JRW & ASSOCIATES; MARK HERRING; OFFICE OF THE ATTORNEY GENERAL; TIMOTHY MICHAEL KAINE; MARK WARNER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:19-cv-00808-LO-TCB)

Submitted: April 14, 2020                                    Decided: April 16, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed in part, dismissed in part by unpublished per curiam opinion.

Michael David Webb, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. Webb appeals the district court's order dismissing his civil complaint and denying his motions for temporary restraining orders. We have reviewed the record and find no reversible error. Accordingly, for the reasons stated by the district court, we affirm the dismissal of Webb's complaint. *Webb v. Beyer*, No. 1:19-cv-00808-LO-TCB (E.D. Va. filed Oct. 31, 2019 & entered Nov. 1, 2019). To the extent Webb appeals the denial of his motions for temporary restraining orders, we lack jurisdiction to review the order. *See Office of Pers. Mgmt. v. Am. Fed'n of Gov't Emps.*, 473 U.S. 1301, 1303-06 (1985). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*DISMISSED IN PART*